UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO: 9:15-CV-81738-RYSKAMP

GARFIELD SPENCE

    Plaintiff,

v.

SUSHI JO II L.L.C. and
JULIE A. HEBERLEIN, L.L.C.

    Defendants.
_____/

## NOTICE OF SETTLEMENT

Defendant, Julie A. Heberlein, L.L.C., on behalf of all parties, hereby advises the Court that the parties have reached a settlement of the above-styled claim. The parties are in the process of preparing a formal Consent Decree and will file it, together with a proposed order entering same shortly.

Dated: March 17, 2016.   Respectfully submitted,

By: */s/ Arlene K. Kline*_____
    Arlene K. Kline
    Florida Bar No. 104957
    E-mail: arlene.kline@akerman.com
    **AKERMAN LLP**
    777 South Flagler Drive
    Suite 1100 West Tower
    West Palm Beach, FL 33401-6183
    Telephone: (561) 653-5000
    Facsimile: (561) 659-6313
    *Attorneys for Defendant Julie A. Heberlein, L.L.C.*

{37864771;1}

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel and parties of record identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:   */s/ Arlene K. Kline*
       Arlene K. Kline
       Florida Bar No. 104957

## SERVICE LIST

*Garfield Spence v. Sushi Jo II L.L.C. and Julie A. Heberlein, L.L.C.*
*Case No.:* **9:15-CV-81738-RYSKAMP**

**United States District Court, Southern District of Florida**
**West Palm Beach Division**

| | |
|---|---|
| Douglas S. Schapiro, Esq. | Donald N. Jacobson, Esq. |
| E-mail: schapiro@schapirolawgroup.com | E-mail: donald@dnjlaw.com |
| The Schapiro Law Group, P.L. | Donald N. Jacobson, P.A. |
| 21301 Powerline Road, Suite 106 | 224 Datura Street, Suite 211 |
| Boca Raton, FL 33433 | West Palm Beach, FL 33401 |
| Telephone: (561) 807-7388 | Telephone: (561) 8436 |
| Facsimile:  (561) 807-7198 | Facsimile: (561) 835-4224 |
| *Attorneys for Plaintiff, Garfield Spence* | *Attorney for Defendant Sushi Jo II L.L.C.* |