UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-81738-CIV-RYSKAMP/HOPKINS

GARFIELD SPENCE

    Plaintiff,

v.

SUSHI JO II L.L.C. and
JULIE A. HEBERLEIN, L.L.C.

    Defendants.
_____/

## FINAL ORDER APPROVING AND ENTERING CONSENT DECREE AND DISMISSING CASE WITH PREJUDICE

THIS MATTER is before the Court upon the Parties' Joint Stipulation for Approval of Consent Decree, filed April 19, 2016 **[DE 24]**. The Court has carefully reviewed the Stipulation, the entire Court file, and is otherwise fully advised in the premises. Accordingly, after due consideration, it is hereby

ORDERED AND ADJUDGED as follows:

1. The Joint Stipulation for Approval of Consent Decree filed herein by all Parties, be and the same is GRANTED;

2. The Parties' Consent Decree be and same is hereby APPROVED, ADOPTED, and RATIFIED by the Court;

3. The above-styled cause be and the same is hereby DISMISSED WITH PREJUDICE;

4. Each Party is to bear his and its own attorneys' fees and costs except as detailed in the Parties' Consent Decree.

2

5. To the extent not otherwise disposed of herein, any and all pending motions are DENIED as moot.

6. The clerk is hereby directed to close the case.

DONE AND ORDERED in Chambers at West Palm beach, Palm Beach County, Florida, this 19th day of April, 2016.

                                                                S/Kenneth L. Ryskamp
                                                                KENNETH L. RYSKAMP
                                                                UNITED STATES DISTRICT JUDGE